■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE LIVINGSTON, Appellant.— On the call of the calendar, oral motion by respondent to dismiss appeal, granted; appeal dismissed. Appellant failed to comply with an order of this court, dated September 18, 1961, requiring him to perfect his appeal for the February 1962 Term. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS ROMAN, Appellant.— On the call of the calendar, oral motion by respondent to dismiss appeal, granted; appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 3, 1961, requiring him to perfect his appeal for the September 1961 Term. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FISHKIN, Appellant.— On the call of the calendar, oral motion by respondent to dismiss appeal granted; appeal dismissed. Appellant failed to comply with an order of this court, dated November 20, 1961, requiring him to perfect his appeal for the February 1962 Term. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

■ LOUIS BELTZER, Plaintiff, v. CITY OF LONG BEACH, Respondent, and ABRAHAM BERGMAN et al., Appellants.— No opinion. Appeal, insofar as purportedly taken by the defendant Abraham Bergman, dismissed, without costs. No appeal lies by this defendant who has not yet been made a party to the action, not having been served with a copy of the summons and complaint and not having appeared voluntarily. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur. [24 Misc 2d 279.]